**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES JOYCE, etc., et al.,** | ) | **CASE NO. 1:18CV2317** |
| | ) | |
| Plaintiffs, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| **DEBT RECOVERY SOLUTIONS, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |

Pursuant to Plaintiffs' Notice (ECF DKT #11), the Court has been advised the action has settled.  Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed.  It shall be marked settled and dismissed with prejudice as to Plaintiffs' individual claims, and without prejudice as to Plaintiffs' class claims.  Each party shall bear its own costs.  The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

 **s/ Christopher A. Boyko**
 **CHRISTOPHER A. BOYKO**
 **United States District Judge**

**Dated: June 18, 2019**